

RECEIVED

JUN 1 4 2023

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | 5:23-cr-00138-01 |
| VERSUS | * | Judge Walter |
| | * | Magistrate Judge Hornsby |
| LUIS GUZMAN | * | |

## INDICTMENT

THE GRAND JURY CHARGES:

**COUNT 1**
CONSPIRACY
[18 U.S.C. § 371]

**AT ALL PERTINENT TIMES**

**I.      INTRODUCTION**

1.      The defendant, **Luis Guzman**, resides in the State of Texas.

2.      Pursuant to the Gun Control Act under Title 18, United States Code, Section 923, an individual who has a duly authorized Federal Firearms License (FFL) may receive and transport firearms in interstate commerce to the individual's state of residency.

3.      **Luis Guzman** does not have nor was he issued a duly authorized Federal Firearms License.

**II.     CRIMINAL CONSPIRACY**

On or about May 25, 2023, in the Western District of Louisiana and elsewhere, the defendant, **Luis Guzman**, did knowingly and willfully combine, conspire, confederate, and agree with persons both known and unknown to the Grand Jury to commit an offense against the United States, to wit, the Illegal Transportation of Firearms Without a Federal Firearms License in Interstate Commerce into the State of Residency, in violation of Title 18, United States Code, Section 922(a)(3).

III. **THE OBJECT OF THE CONSPIRACY**

The object of the conspiracy was to clandestinely transport firearms from the state of Alabama to the state of Texas where the defendant resided.

IV. **MANNER AND MEANS OF THE CONSPIRACY**

The manner and means by which the conspirators sought to accomplish the object of the conspiracy included, but was not limited to:

1. Placement of firearms into a hidden compartment in a trailer attached to a pick-up truck; and

2. Transportation of firearms in interstate commerce via pick-up truck and trailer.

V. **OVERT ACTS**

In furtherance of the conspiracy, and to effect the object thereof, the following overt acts were committed in the Western District of Louisiana and elsewhere:

1. On or about May 23, 2023, **Luis Guzman** purchased blue plastic stretch wrap and blue painter's tape from a Lowe's hardware store in Guntersville, Alabama, for the purpose of wrapping and labelling firearms.

2. On or about May 25, 2023, **Luis Guzman** took possession of multiple firearms in Alabama.

3. On or about May 25, 2023, the defendant, **Luis Guzman,** used the pick-up truck to transport the firearms in the hidden compartment in a trailer, on Interstate 20 westbound from Alabama to Texas, to include Bossier Parish, Louisiana, where the defendant was involved in a wreck to the pick-up truck.

All in violation of Title 18, United States Code, Sections 371 and 922(a)(3).

[18 U.S.C. §§ 371 & 922(a)(3)].

## FORFEITURE NOTICE

A. The allegations in Count 1 are realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of the Federal Rule of Criminal Procedure 32.2 and Title 18, United States Code, Section 924(d).

B. Upon conviction of the firearm offense alleged in the count set forth above in this Indictment, the defendant, **Luis Guzman**, shall forfeit to the United States all of his interest in:

    1. Any property consisting of or derived from proceeds the defendant obtained directly or indirectly as the result of the abovementioned offenses; and

    2. Any property used or intended to be used in any manner or part to commit or facilitate the commission of the abovementioned offenses.

C. By virtue of the offense charged in this Indictment, any and all interest in the above-described property is vested in the United States and is forfeited to the United States pursuant to the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 924(d).

All in accordance with the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 924(d). [18 U.S.C. § 924(d).]

A TRUE BILL:

*REDACTED*
_____
Grand Jury Foreperson

BRANDON BONAPARTE BROWN
United States Attorney

_____
William Gaskins, LA Bar No. 35786
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600