RECEIVED
AUG 3 1 2023
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 5:23-CR-00138-01 |
| | * | |
| VERSUS | * | JUDGE WALTER |
| | * | |
| LUIS GUZMAN | * | MAGISTRATE JUDGE HORNSBY |

**FACTUAL BASIS**

This Factual Basis is submitted in accordance with Federal Rules of Criminal Procedure, Rule 11(f). The parties signing below agree and stipulate to the following factual matters, as the basis for the defendant pleading guilty as charged to Count 1 (the sole count) of the Indictment:

Luis Guzman is a resident of the state of Texas. Luis Guzman is not a resident of the state of Alabama.

Luis Guzman does not hold a Federal Firearms License to import, manufacture, deal in, or collect firearms, nor did he have such a license at the time of the crime described herein.

In May of the year 2023, Luis Guzman entered into a conspiracy with other persons to transport firearms from Alabama to Texas. Luis Guzman knew that the purpose of the conspiracy was to transport the firearms from Alabama to Texas, and desired to aid in accomplishing this purpose.

On or about May 23, 2023, Luis Guzman had travelled from Texas to Alabama for the purpose of retrieving 210 firearms and bringing them back to Texas. On that date, Luis Guzman bought plastic wrap and painters' tape at a hardware store. Luis Guzman or his co-conspirators took the firearms apart and wrapped the firearms in plastic wrap. Luis Guzman or his co-conspirators placed pieces of painters' tape on

each part and wrote the name of an intended recipient on each. Luis Guzman or his co-conspirators then put the firearms, along with magazines and ammunition similarly wrapped and labelled, into a hidden compartment in an enclosed trailer, behind a false wall. Luis Guzman undertook his actions in furtherance of the conspiracy, and knew that they were in furtherance of the conspiracy.

On May 25, 2023, Luis Guzman took possession of the firearms, hooked the trailer to his vehicle, and began driving the firearms to Texas. As Luis Guzman travelled West on Interstate 20 in Bossier Parish, Louisiana, Luis Guzman's vehicle and the trailer wrecked in a single-car accident. Law enforcement authorities responded to the scene and found the firearms and ammunition spilling from the hidden compartment of the trailer. At the time of the accident, when Luis Guzman was driving his vehicle and trailer within the Western District of Louisiana, Mr. Guzman was acting in furtherance of the conspiracy, bringing the firearms to Texas.

These facts do not represent the totality of the evidence obtained in this case. However, the parties signing below agree and stipulate that the preceding paragraphs adequately describe the defendant's role in the offense of Conspiracy to Commit Illegal Transportation of Firearms Without a Federal Firearms License in Interstate Commerce into the State of Residency, to establish his guilt beyond a reasonable doubt to Count 1 of the Indictment.

Signed this 30 day of August, 2023.

_____
Luis Guzman
Defendant

_____
Betty Marak
Attorney for Defendant

_____ 8-31-23
William Gaskins
Assistant United States Attorney